# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 18, 2024

### NO. 03-22-00695-CV

**ACI Design Build Contractors, Inc., d/b/a E3D Architecture and Engineering; E3D LLC; E3D, a Veritas Financial Series LLC; Patrick Towne d/b/a E3D LLC Sustainable Building Solutions; and E3D Architecture and Engineering, Appellants**

**v.**

**3405 Rainforest Drive, LLC and Michael Gill, Jr., Appellees**

## APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, KELLY, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the final judgment signed by the trial court on September 28, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's final judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.